JOHN W. COTTON
jcotton@cgllp.com
AARON C. GUNDZIK
agundzik@cgllp.com
COTTON & GUNDZIK LLP
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone: 213/312-1330
Telecopy: 213/623-6699

Attorneys for Defendants
Dante Panella, Trey Meehan, Darko Mrakuzic
and First Capital Investors, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| GLOBAL DEVELOPMENT & ENVIRONMENTAL RESOURCES, INC.; PHIL PRITCHARD; PETER CIMINO.<br><br>    Plaintiffs,<br><br>    vs.<br><br>DANTE PANELLA; FIRST CAPITAL INVESTORS, INC.; TREY MEEHAN; DARKO MRAKUZIC; DOES 1 THROUGH 10,<br><br>    Defendants. | Case No.: SA CV 07-179 JVS (MLGx)<br><br>JUDGMENT RE DEFENDANT AND COUNTERCLAIMANT DANTE PANELLA'S MOTION FOR SUMMARY JUDGMENT AND AWARD OF ATTORNEY'S FEES<br><br>DATE:    March 3, 2008<br>TIME:    1:30 p.m.<br>PLACE:   Dept. 10C |

The Counterclaimant and defendant Dante Panella, having presented this Court with his Notice and Motion for Summary Judgment

1

on his breach of contract counterclaim, his Memorandum of Points and Authorities in Support thereof, his Supplemental Statement as requested by the Court on February 27th, the supporting declarations of Panella, Darko Mrakuzic, the First and Second Declarations of Cotton and the Statement of Uncontroverted Facts and Law pursuant to LR 56-1, and considering all pleadings and declarations in opposition, and the Court finding no disputed issue of material fact against an award of the requested relief;

    HEREBY ORDERS AND DECREES that Counterclaimant Panella's Motion for Summary Judgment on his breach of contract claim in the amount of $410,683 and reasonable attorneys fees in the amount of $ 21,592.75 is hereby granted.

IT IS SO ORDERED.

Dated: March 17, 2008      _____
    James V. Selna
    United States District Court Judge

Respectfully Submitted by

JOHN W. COTTON
COTTON & GUNDZIK LLP


____/s/_____
    John W. Cotton

Dated: March 17, 2008

Attorneys for Defendants
Dante Panella, Trey Meehan, Darko Mrakuzic
and First Capital Investors, Inc.

2