JOHN W. COTTON (SBN 54912)
jcotton@cgllp.com
AARON C. GUNDZIK (SBN 132137)
agundzik@cgllp.com
COTTON & GUNDZIK LLP
624 South Grand Avenue, 22nd Floor
Los Angeles, California  90017
Telephone:  213/312-1330
Telecopy:   213/623-6699

Attorneys for Defendants
Dante Panella, Trey Meehan, Darko Mrakuzic
and First Capital Investors, Inc.

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

GLOBAL DEVELOPMENT & ENVIRONMENTAL RESOURCES, INC.; PHIL PRITCHARD; PETER CIMINO.

Plaintiffs,

vs.

DANTE PANELLA; FIRST CAPITAL INVESTORS, INC.; TREY MEEHAN; DARKO MRAKUZIC; DOES 1 THROUGH 10,

Defendants.

Case No.: SA CV 07-179 JVS (MLGx)

**JUDGMENT**

DATE:   May 27, 2008
TIME:   8:00 a.m.
PLACE:  Dept. 10C
Hon. James. V. Selna

This action came on for hearing before the Court, on May 27, 2008, Honorable James V. Selna presiding, on a Motion for Summary Judgment filed by defendants Dante Panella, First Capital Investors, Inc., Trey Meehan and Darko Mrakuzic ("Defendants") for dismissal of the entire Second Amended

Complaint filed by plaintiffs Global Development & Environmental Resources, Inc., Phil Pritchard and Peter Cimino ("Plaintiffs").  After considering all the papers, evidence and argument presented by Plaintiffs and Defendants on this Motion,

    IT IS ORDERED AND ADJUDGED that Plaintiffs recover nothing, that Plaintiffs' Second Amended Complaint be dismissed on the merits and with prejudice, that Judgment be entered in favor of Defendants and against Plaintiffs in this action, and that Defendants recover their costs.

Dated:  June 30, 2008

_____
United States District Judge

Respectfully submitted by

JOHN W. COTTON
COTTON & GUNDZIK LLP


_____
    John W. Cotton

Dated:  May 5, 2008

Attorneys for Defendants
Dante Panella, Trey Meehan,
Darko Mrakuzic, and First Capital
Investors, Inc.